UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | NO. 2:06-MJ-03 |
| | ) | |
| JOSE AYALA MORENO | ) | |

### ORDER OF DETENTION

Defendant is in this country illegally and is subject to administrative detention by the United States Immigration and Customs Enforcement should this Court grant pretrial release. Inasmuch as that administrative detention more likely than not would be in either Louisiana or Memphis, Tennessee, defense counsel acknowledged that, if the defendant is to be detained, it would be preferable to have defendant detained locally rather than in some distant locale.

For this reason, defendant at this time waives a detention hearing, with the caveat that he may at any time, by written motion, request a detention hearing. If he files such a motion, a detention hearing will be scheduled promptly.

The defendant shall, therefore, be detained pending his trial. He is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

SO ORDERED:

_____
United States Magistrate Judge